**Appendix XII-B1**

| | CIVIL CASE INFORMATION STATEMENT (CIS)<br><br>Use for initial Law Division<br>Civil Part pleadings (not motions) under *Rule* 4:5-1<br>Pleading will be rejected for filing, under *Rule* 1:5-6(c), if information above the black bar is not completed or attorney's signature is not affixed | FOR USE BY CLERK'S OFFICE ONLY<br>PAYMENT TYPE: ☐CK ☐CG ☐CA<br>CHG/CK NO.<br>AMOUNT:<br>OVERPAYMENT:<br>BATCH NUMBER: |
|---|---|---|

| ATTORNEY/PRO SE NAME<br>Mark C. Meade | TELEPHONE NUMBER<br>(732) 598-0092 | COUNTY OF VENUE<br>Morris |
|---|---|---|
| FIRM NAME (if applicable) | | DOCKET NUMBER (when available)<br>L-1583-11 |
| OFFICE ADDRESS<br>5 Heritage Rd.<br>Florham Park, N.J. 07932 | | DOCUMENT TYPE |
| | | JURY DEMAND  ☒ YES  ☐ No |

| NAME OF PARTY (e.g., John Doe, Plaintiff)<br>Mark C. Meade | CAPTION<br>Mark C. Meade Pro Se Plaintiff v. Kiddie Academy Domestic Franchising, et. al. and CIT GROUP INC. |
|---|---|
| CASE TYPE NUMBER (See reverse side for listing)<br>599 | IS THIS A PROFESSIONAL MALPRACTICE CASE?  ☐ YES  ☒ NO<br>IF YOU HAVE CHECKED "YES," SEE *N.J.S.A.* 2A:53 A -27 AND APPLICABLE CASE LAW REGARDING YOUR OBLIGATION TO FILE AN AFFIDAVIT OF MERIT. |
| RELATED CASES PENDING?<br>☐ YES  ☒ No | IF YES, LIST DOCKET NUMBERS |
| DO YOU ANTICIPATE ADDING ANY PARTIES<br>(arising out of same transaction or occurrence)?<br>☐ YES  ☒ No | NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY (if known)<br>☐ NONE<br>☒ UNKNOWN |

THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE.

| CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION | |
|---|---|
| DO PARTIES HAVE A CURRENT, PAST OR RECURRENT RELATIONSHIP?<br>☒ YES  ☐ No | IF YES, IS THAT RELATIONSHIP:<br>☐ EMPLOYER/EMPLOYEE<br>☐ FAMILIAL<br>☒ FRIEND/NEIGHBOR  ☐ OTHER (explain)<br>☒ BUSINESS |
| DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY?  ☒ YES  ☐ No | |

USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR ACCELERATED DISPOSITION

Plaintiff has requested in the complaint that defendant be prohibited from advertising and selling any additional franchises in the State of New Jersey

| | DO YOU OR YOUR CLIENT NEED ANY DISABILITY ACCOMMODATIONS?<br>☐ YES  ☒ No | IF YES, PLEASE IDENTIFY THE REQUESTED ACCOMMODATION |
|---|---|---|
| | WILL AN INTERPRETER BE NEEDED?<br>☐ YES  ☒ No | IF YES, FOR WHAT LANGUAGE? |

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b).

ATTORNEY SIGNATURE: _Mark C. Meade_  Pro Se

Effective 01/03/2011, CN 10517-English

page 1 of 2

**Side 2**



# CIVIL CASE INFORMATION STATEMENT
## (CIS)
*Use for initial pleadings (not motions) under Rule 4:5-1*

**CASE TYPES** (Choose one and enter number of case type in appropriate space on the reverse side.)

**Track I - 150 days' discovery**
- 151   NAME CHANGE
- 175   FORFEITURE
- 302   TENANCY
- 399   REAL PROPERTY (other than Tenancy, Contract, Condemnation, Complex Commercial or Construction)
- 502   BOOK ACCOUNT (debt collection matters only)
- 505   OTHER INSURANCE CLAIM (including declaratory judgment actions)
- 506   PIP COVERAGE
- 510   UM or UIM CLAIM (coverage issues only)
- 511   ACTION ON NEGOTIABLE INSTRUMENT
- 512   LEMON LAW
- 801   SUMMARY ACTION
- 802   OPEN PUBLIC RECORDS ACT (summary action)
- 999   OTHER (briefly describe nature of action)

**Track II - 300 days' discovery**
- 305   CONSTRUCTION
- 509   EMPLOYMENT (other than CEPA or LAD)
- 599   CONTRACT/COMMERCIAL TRANSACTION
- 603N AUTO NEGLIGENCE – PERSONAL INJURY (non-verbal threshold)
- 603Y AUTO NEGLIGENCE – PERSONAL INJURY (verbal threshold)
- 605   PERSONAL INJURY
- 610   AUTO NEGLIGENCE – PROPERTY DAMAGE
- 621   UM or UIM CLAIM (includes bodily injury)
- 699   TORT – OTHER

**Track III - 450 days' discovery**
- 005   CIVIL RIGHTS
- 301   CONDEMNATION
- 602   ASSAULT AND BATTERY
- 604   MEDICAL MALPRACTICE
- 606   PRODUCT LIABILITY
- 607   PROFESSIONAL MALPRACTICE
- 608   TOXIC TORT
- 609   DEFAMATION
- 616   WHISTLEBLOWER / CONSCIENTIOUS EMPLOYEE PROTECTION ACT (CEPA) CASES
- 617   INVERSE CONDEMNATION
- 618   LAW AGAINST DISCRIMINATION (LAD) CASES

**Track IV - Active Case Management by Individual Judge / 450 days' discovery**
- 156   ENVIRONMENTAL/ENVIRONMENTAL COVERAGE LITIGATION
- 303   MT. LAUREL
- 508   COMPLEX COMMERCIAL
- 513   COMPLEX CONSTRUCTION
- 514   INSURANCE FRAUD
- 620   FALSE CLAIMS ACT
- 701   ACTIONS IN LIEU OF PREROGATIVE WRITS

**Centrally Managed Litigation (Track IV)**
- 280   ZELNORM
- 285   STRYKER TRIDENT HIP IMPLANTS
- 288   PRUDENTIAL TORT LITIGATION
- 290   POMPTON LAKES ENVIRONMENTAL LITIGATION
- 291   PELVIC MESH/GYNECARE
- 292   PELVIC MESH/BARD

**Mass Tort (Track IV)**
- 248   CIBA GEIGY
- 266   HORMONE REPLACEMENT THERAPY (HRT)
- 271   ACCUTANE
- 274   RISPERDAL/SEROQUEL/ZYPREXA
- 275   ORTHO EVRA
- 277   MAHWAH TOXIC DUMP SITE
- 278   ZOMETA/AREDIA
- 279   GADOLINIUM
- 281   BRISTOL-MYERS SQUIBB ENVIRONMENTAL
- 282   FOSAMAX
- 283   DIGITEK
- 284   NUVARING
- 286   LEVAQUIN
- 287   YAZ/YASMIN/OCELLA
- 601   ASBESTOS

If you believe this case requires a track other than that provided above, please indicate the reason on Side 1,
in the space under "Case Characteristics".

**Please check off each applicable category**   ☐ Putative Class Action       ☐ Title 59

Effective 01/03/2011, CN 10517-English

Mark C. Meade  Pro Se
_____
Name

5 Heritage Rd.
Florham Park, N.J. 07932
_____
Address

(732) 598-0092
_____
Telephone Number

RECEIVED & FILED
SUPERIOR COURT
2011 JUN -2 P 12: 10
CIVIL DIVISION

Mark C. Meade Pro Se
_____
                                    **Plaintiff**

            v.

Kiddie Academy Domestic Franchis
_____
CIT GROUP INC>
_____
                                    Defendant (s)

**Superior Court of New Jersey**

Law Division  Morris_____ County

Docket No  L - 1583 - 11_____
                        (to be filled in by the court)

**CIVIL ACTION**
**Complaint**

Plaintiff,  Mark C. Meade Pro Se_____ , residing at
                              (your name)
 5 Heritage road_____  City of Florham Park_____
          (your address)                              (your city or town)
County of  Morris_____
              (your county)

State Of New Jersey, complaining of defendant, states as follows:

1.  On  Mar. 2006 ongoing  , 2011__ , Kiddie Academy / CIT GROUP INC. , Defendant
                                    (name of person being sued)

(Summarize what happened that resulted in your claim against the defendant.  Use
additional pages if necessary.)

Plaintiff has attached complaint to this document with exhibits.
1)Defendants fraudulently induce plaintiff into signing personal guarantees based upon
misstatements and ommissions of material facts, that resulted in the loss of plaintiff's life
savings, business investment, working capital, future earnings.
2) Defendants fraudulently obtain an SBA loan that plaintiff personally guarantees.

The defendant in this action resides at <u>SEE ATTACHED Several defendants</u> ,
                                              (defendant's address)

In the County of  Morris         , State Of New Jersey.
                  (name of county where defendant lives)

2.  Plaintiff is entitled to relief from defendant under the above facts.

3.  The harm that occurred as a result of defendant's acts include:

(list each item of damage and injury),

1.  <u>Fraudulent inducement has resulted in personal damages of 1.5 million, 7.1 million in</u>
    <u>lost earnings, directly traceable to the defendants. Plaintiff is the personal guarantor</u>
    <u>and as such of the franchise agreement and was fraudulently induced into signing by</u>
    <u>misstatements and ommissions of material fact.</u>

2.  <u>Defendants fraudulently obtained an SBA loan which the plaintiff personally</u>
    <u>guarantees and was similarly fraudulently induced into this agreement. Plaintiff is</u>
    <u>seeking 2.5 million dollars in damages as a result of defendants bad acts.</u>

3.  <u>Defendants fail to provide promised services and support to the franchise that plaintiff</u>
    <u>personally guarantees. SEE ATTACHED COMPLAINT FOR ALL COUNTS AND</u>
    <u>DAMAGES. TOTAL DAMAGES 8.7 million dollars that KADF et. al. is liable for as</u>
    <u>well as 2.5 million dollars in damages caused by CIT GROUP and the TREBLING of</u>

Wherefore, plaintiff requests judgment against defendant for damages, together
with attorney's fees, if applicable, costs of suit, and any other relief as the court
may deem proper.

Dated: <u>06/02/2011</u>                     Signature: _Michael Infante Rose_

## CERTIFICATION OF NO OTHER ACTIONS

I certify that the dispute about which I am suing is not the subject of any other
action pending in any other court or a pending arbitration proceeding to the best
of my knowledge and belief.  Also, to the best of my knowledge and belief no
other action or arbitration proceeding is contemplated.  Further, other than the
parties set forth in this complaint, I know of no other parties that should be made

a part of this lawsuit. In addition, I recognize my continuing obligation to file and serve on all parties and the court an amended certification if there is a change in the facts stated in this original certification.

Dated: 06/02/2011 _____   Signature: _____ Pro Se

**OPTIONAL:** If you would like to have a judge decide your case, do not include the following paragraph in your complaint. If you would prefer to have a jury to decide your case, please sign your name after the following paragraph.

### JURY DEMAND

The plaintiff demands trial by a jury on all of the triable issues of this complaint, pursuant to New Jersey Court *Rules* 1:8-2(b) and 4:35-1(a).

Dated: 06/02/2011 _____   Signature: _____ Pro Se

**Mark C. Meade**
Pro Se Plaintiff
5 Heritage Rd.
Florham Park, N.J. 07932
Phone No. 732-598-0092

V.

**KIDDIE ACADEMY**
DOMESTIC FRANCHISING
(KADF) and Michael Miller, Susan Wise
William Endres, Gregory Helwig, Steven Troy
3415 Box Hill Corporate Center Drive
Abingdon, MD. 21009
Phone No. 800-554-3343

AND

**CIT GROUP INC.**
ONE CIT DRIVE
Livingston, N.J. 07039
Mark Moreno
Senior Account Manager

**COMPLAINT**

SUPERIOR COURT OF NEW JERSEY

LAW DIVISION CIVIL PART

COUNTY OF MORRIS

CASE NO. L-1583-11

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Plaintiff brings suit for fraud and fraudulent inducement committed by the defendants which have caused irreparable financial harm to the plaintiff. Plaintiff is a first time business owner and has no experience in the child care field; as such plaintiff relied on the experience and expertise of the defendants. Plaintiff is seeking a judgment of eight million seven hundred thousand dollars, ($8,7000000.00) in personal damages, lost earnings, and punitive damages from defendant KADF, Michael Miller, CEO, Susan Wise, CFO, William Endres, COO, Gregory Helwig, COO, Steven Troy, Corporate Counsel.

Plaintiff is seeking a two million five hundred thousand dollars, ($2500000.00) in personal damages and punitive damages from CIT GROUP INC. and its account manager, Mark Moreno.

Defendants have violated the N.J. Franchise Practices Act, (1971), N.J.S.A. 56:10-1 et.seq... Defendants have violated the New Jersey Consumer Fraud Act, N.J.S.A. 56:8-1 et.seq... Defendants have violated provisions of the RICO ACT and as such plaintiff also brings suit under the CIVIL RICO Statute, (18 U.S.C. 1964). The conduct of the defendants has caused actual damages to plaintiff by defendants violation of the Securities and Exchange Acts of 1933, 1934, section 10b-5, and the New Jersey, "ACTS" and RICO ACTS, as defendants fraudulently misrepresented earnings potential, training, support, advertising, and assistance that never materialized, expertise and experience in the field that was not evidenced, the uniqueness of their proprietary system, and that the system was proven when it is not. Defendants also committed many and several criminal acts in the perpetuation of this fraud, (Bank Fraud, Mail Fraud, Wire Fraud, Loan and Credit Application Fraud), which are directly traceable to defendants and caused economic harm to the plaintiff.

1) BACKGROUND;

On or about March 2006 plaintiff entered into a franchise agreement with KADF, et.al. Plaintiff established "DASODA CORP" as a corporate entity. Plaintiff was fraudulently induced into personally guaranteeing the entity in all agreements and loans. Plaintiff opens the franchise in July 2007. Plaintiff is told by defendants the franchise will "break even" after the 8th month with monthly revenue of $98,832.00 and gross profit of $1105.00. (EXHIBIT E) Actual revenues were $23897.00

(EXHIBIT F) and rent alone at this time was $30000.00, the losses for this month were over $38000.00. Revenues were to steadily increase from that point and be $181,704.00 per month with earnings of $49,409.00 between the second and third year of operation. (EXHIBIT E) The actual total revenues approximate $40,000.00 per month and no profit. All this financial information is constructed exclusively by the defendants, officers and directors of KADF. Plaintiff relied on their expertise in the field, as plaintiff is not working with rank and file salespeople but Susan Wise the Chief Financial Officer, who is preparing all of the financial data with the advice and consent of Michael Miller the Chief Executive Officer and William Enders the Chief Operating Officer. Plaintiff also relied on the legality of all actions commenced by the defendants in the acquisition of financing of the franchise. On or about March 2007 defendants did fraudulently obtain an SBA loan. (EXHIBIT D) All loan documents were prepared by the officers and directors of KADF and CIT GROUP INC. and based on the fraudulent financial documents prepared by KADF. Defendants committed bank fraud, mail fraud, wire fraud; misstatements on an SBA loan, misstatements designed to mislead the SBA, and created a "straw" buyer to conceal the ineligibility of plaintiff to acquire any such loan.

COUNT 1:

Defendants fraudulently induce plaintiff by misstatements and omissions of material facts that resulted in fraud and deceit and irreparable financial harm to the plaintiff. Defendants grossly overstate the financial performance data to induce plaintiff into signing the franchise agreement. Defendants operate their business as a scheme and artifice to defraud. The financial performance data is prepared exclusively by

defendants, Susan Wise, CFO, with the advice and consent of the remaining

defendants, Michael Miller CEO, William Endres, COO, Gregory Helwig, COO, and

Steven Troy the general counsel. This data is fraudulent and deliberately constructed

to influence the plaintiff in his decision making. (EXHIBIT E). It is important to note

in exhibit "E" KADF et.al. is misrepresenting 100% full time capacity in the school.

As shown in (EXHIBIT Q) only one of KADF's 70 odd schools has 100% capacity,

or about 1% of their schools.

COUNT 2:

Defendants also made misstatements of material fact and misrepresented the ongoing

costs to operate the business. Defendants claim the aforementioned break even point

at the ninth month and that the working capital of $125000.00 is never exhausted.

(EXHIBIT E) This is again a deliberate misstatement of a material fact and fraud.

Plaintiff expends an additional 1.2 million dollars as working capital. Plaintiff would

have never entered into this agreement if the defendants had been truthful and

represented the actual financial data and ongoing costs to the plaintiff. Only by deceit

and the concerted efforts of all the defendants to perpetrate fraud on the plaintiff was

this agreement entered into. Every law prevents this type of conduct and bad act.

These defendants are not entitled to officers and directors insurance to pay for legal

representation because of their scienter and intent to perpetrate fraud. Defendants

should be required to pay for their own individual legal defenses, if there are any.

COUNT 3: Defendants obtain an SBA loan based on this fraudulent financial

information, and false statements on an SBA loan application. (EXHIBIT E) and

(EXHIBIT D) Again if the real data were given to any bank there would have been no

loan and this lawsuit would not be forthcoming. But defendants go to extraordinary lengths to obtain the SBA loan. As the plaintiff I was merely inquiring into the possibility and the actual costs involved that a first time franchise buyer would incur, in operating a child care franchise. Plaintiff is then relentlessly pursued by the CFO to enter into the unconscionable agreement. Plaintiff informs Ms. Wise, CFO and the CEO Michael Miller, and COO William Endres the he has no experience in child care or franchising, that he has never taken out any business loan, and that plaintiff has been downsized from the workplace and has no job, plaintiff has no assets, and plaintiff has no experience. A reasonable person would have stopped recruiting a person in my situation as an unlikely candidate for a franchise. But rather defendants increase pressure and misstatements to plaintiff with the executives stating that with the loan I will get into business for free (EXHIBIT D Section 2, project Summary) and with the financials they are showing me there will be no problem in, "reaching my financial goals". I am still resistant and with only a 500 credit score, an impossible loan candidate. But Susan Wise, the CFO, and the other defendants are relentless. Asking at first if someone will co-sign with me, I rebuff KADF and tell them no. Susan Wise then states she will place my daughter, Lauren Meade, as the business owner. (EXHIBIT D) I tell Ms. Wise I am the only person on the corporate document and the sole owner of DASODA CORP. (EXHIBIT G) Ms. Wise is relentless and assures me, as the CFO, that she has worked with CIT and Mr. Mark Moreno for years and that this is standard operating procedure. I inform Ms. Wise my daughter is a 21 year old Rutgers student working part time at Lens Crafters with no assets. Ms. Wise and Mr. Moreno and CIT and all others do get a business loan in my

daughters name; plaintiff is the personal guarantor of this fraudulently obtained loan that I was assured by the CFO and Mr. Moreno the Senior Account Manager for CIT was legitimate. Again the credit worthiness and inexperience and lack of jobs and assets would have caused a real business not even to entertain me as a prospect. If KADF and CIT had followed all the lending and business law rules this lawsuit would not be forthcoming. This demonstrates the willful intent of CIT and KADF to defraud.

COUNT 3:

KADF breaches the contract and has failed to provide the promised assistance. (EXHIBIT C) KADF did not find a location as promised. Plaintiff found the current location in Jackson, NJ with no help from KADF et.al... However once plaintiff informed KADF of the location defendants claimed that they had a listing agreement on that property with a broker. KADF had never showed plaintiff that property and had instead showed plaintiff random empty lots. The KADF broker received a $200,000.00 commission for doing absolutely nothing, (Harold Wien Real Estate, LLC 500 Brielle Rd., Manasquan, NJ) and plaintiff was never shown any suitable locations.  KADF also failed to assist plaintiff in lease negotiation, failed to assist in the construction from inception to the opening phase as promised,  teacher instruction, classroom set up, training in their non-existent "proprietary systems", licensing requirements, all were promised assistance plaintiff was to receive to help in becoming a successful franchise operator. This assistance was never given demonstrating that KADF had no intention in helping plaintiff in this endeavor and

defendants viewed plaintiff as an inexperienced business person that they could derive income from while returning nothing of value as consideration.

COUNT 4:

Defendants provided plaintiff with "preferred vendors" to supply goods and services to the franchise. These vendors supplied inferior products at greater costs than superior goods available at retail. The vendor supplies were also more hazardous to children than the retail equipment available. Big box stores such as COSTCO and SAMS CLUB have specific categories for child care schools that offer superior products at lower prices. Defendants dissuaded plaintiff from purchasing these products as defendants claim I would not have the time to purchase and install all the classroom supplies in a timely manner. Defendants extolled their suppliers and claimed everything would be assembled and all classrooms would be set-up by the vendors. This was not done as I had to assemble many items and set-up all of the classrooms. Defendants also required the purchase of enough equipment for the entire student capacity of the school even though this capacity was never reached and accommodations for half of the students would have sufficed. This cost was over $255,000.00 in equipment that is available for less than half that price and of a better quality. Again plaintiff considered defendants in this and all related matters as experts whose superior knowledge was within the purveyance of the scope of their business. This caused me to rely on the defendants. Defendants also misrepresent to plaintiff the territories that are available for franchising. KADF states only Ocean County and Burlington County are available franchise areas. KADF subsequently sells franchises in other counties I would have preferred as I live over 75 miles away from the current

location, but again I was told that was all that was available. Another untrue statement.

COUNT 5:

While the plaintiff's corporation was and is in voluntary chapter 11 bankruptcy proceedings and under the protection of the laws, (DASODA CORP. case number 10-39528, filed 9/27/2010, EXHIBIT B) Mr. Gregory Helwig did conspire with the landlord of the leased space where the plaintiff's school is located, to fraudulently convey the ownership and license of plaintiff to Mr. Frank Mozino co-owner of the property. Mr. Helwig was specifically admonished by plaintiff to not tortuously interfere with the reorganization proceedings. Plaintiff had been told by Mr. Helwig that the landlord and his partner were in constant contact and Mr. Helwig would not stop negotiating with them. On Oct 27th, 2010 landlord partner Mr. Frank Mozino was granted a license for the Kiddie Academy the plaintiff owns. (EXHIBIT O) The plaintiff's license was transferred to Mr. Mozino and Mr. Mozino was granted a Kiddie Academy franchise. The plaintiff was never informed of any termination of the franchise agreement, and indeed could not be so informed, but again as an example of the KADF culture of disregard for any moral or ethical standards of good faith and fair dealing, and KADF's contempt for the laws of the State of New Jersey, or for that matter any federal law or authority did transfer the ownership of plaintiff's school and license the Kiddie Academy franchise to Mr. Mozino.

CONCLUSION:

KADF is a failed franchise system with no expert knowledge. They have been far surpassed by all of their and my competitors. Goddard Schools have over 360

locations even though they have been in existence for only ten years compared to KADF's claim of forty years of expertise and leadership and only having 70 locations with more closing and being sold off every week. Michael Miller, CEO, declares KADF bankruptcy before the SEC in 1/12/1998, SEC case number 0-27284. (EXHIBIT A) Before the declaration Mr. Miller gives raises and bonuses to himself and family members, as well as extending his contract. This despite claiming to the SEC 6 million in debts. Mr. Miller then closes 65% of his corporate locations stating to the SEC how difficult it is to achieve profitability for his schools. And that privately owned schools would have an even more difficult time of achieving solvency and that time period would be in excess of three years. This is in sharp contrast to EXHIBIT C where Mr. Miller is still advertising an average of $276,321.00 in profits for school owners. That "your financial goals are within reach" and then the promises of all the expertise and experience you can rely on KADF to provide. How everyone is eager to put their expert talents to work for the franchisee. All these false claims to induce new investors, while as recently as April 2011 Mr. Miller negotiated and received a commission and other valuable consideration for brokering the sale of 25 Kiddie Academy schools in New Jersey to a new competitor. Mr. Miller facilitated the sale to "BRIGHT HORIZONS" pre school. Previous to Mr. Miller's facilitation Bright Horizons had no retail locations and was a provider of child care in institutional settings. By Mr. Miller's self dealing he has created a new competitor for his New Jersey franchisees and because of Mr. Miller that new competitor is 50% larger than his remaining franchisee's. The New jersey franchisees are placed in a difficult situation. They will not get the expected benefit from being

part of 37 Kiddie Academy's but will struggle with the remaining 14 Kiddie Academy's and the new larger competitor created by defendant's self dealing. This inhibits the ability of the remaining schools to earn income. We have been weakened and would be an easy target for defendant's future dismantling of his "proprietary system".

REQUEST FOR INJUNCTION:

In consideration of the bad conduct and fraudulent method's employed by defendants plaintiff is respectfully requesting all franchise sales of KADF be stopped in the state of New Jersey. Prospective franchisees will invest their life savings and efforts in this fraudulent scheme. It is obvious KADF is circling the drain and more bad acts are immanent. The unconscionable sale was not the end of KADF's machinations but rather just the beginning of a further divestiture and inevitable second bankruptcy by KADF. New Jersey citizens should be protected from such bad acts and fraud.


Affirmation: I Mark C. Meade do so swear all of the allegations contained herein are true and demonstrable to the best of my knowledge and ability.


Mark C. Meade, June 2nd 2011

Pro Se


Mark C. Meade Pro Se Plaintiff

Pro Se

EXHIBITS PAGE;

1) Exhibits "E" financials prepared by defendants

2) Exhibit "F" monthly trends prepared by defendants

3) Exhibit "D" SBA loan application prepared by defendants

4) Exhibit Q Defendants school utilization claims presented at their 2011 conference, the theme of which is STRENGTH, STABILITY, VISION, despite have just sold 30 % of their schools nationwide and 65% of their NJ locations

5) Exhibit "G" plaintiffs articles of incorporation in the state of New Jersey

6) Exhibit "C" defendants recent web based franchise recruitment advertisement

7) Exhibit "B" Plaintiffs corporate chapter 11 filing

8) Exhibit "O" defendants fraudulent conveyance and illegal termination of plaintiff filed with the State of NJ Office of Licensing 10/25/2010.

9) Defendants SEC Bankruptcy filing.

YEAR 1
PROJECTIONS

## CASH FLOW PROJECTIONS
### CHILD CARE LEARNING CENTERS

| | Month: | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | | 30 | 38 | 46 | 54 | 63 | 71 | 79 | 87 | 95 |
| Utilization | | 17.6% | 22.8% | 27.7% | 32.7% | 38.3% | 43.2% | 48.1% | 53.1% | 57.7% |
| **TUITION REVENUE** | $ | 30,137 | 39,013 | 47,500 | 55,987 | 65,597 | 74,621 | 82,443 | 90,865 | 98,632 |
| Teachers' Wages | $ | 12,990 | 15,088 | 21,304 | 23,382 | 25,980 | 28,058 | 30,137 | 32,735 | 32,735 |
| Other Salaries and Wages | | 4,583 | 4,583 | 4,583 | 4,583 | 4,583 | 4,583 | 4,583 | 4,583 | 4,583 |
| Payroll Taxes | | 2,437 | 2,728 | 3,591 | 3,679 | 4,236 | 4,527 | 4,816 | 5,178 | 5,178 |
| Employee Benefits | | 904 | 1,170 | 1,425 | 1,680 | 1,986 | 2,221 | 2,473 | 2,726 | 2,726 |
| Food Purchases | | 803 | 780 | 950 | 1,120 | 350 | 350 | 350 | 350 | 350 |
| Supplies | | 2,318 | 2,318 | 2,318 | 2,318 | 2,318 | 1,311 | 1,846 | 2,905 | 2,905 |
| Local Advertising | | 250 | 250 | 250 | 250 | 1,311 | 1,480 | 1,817 | 1,817 | 1,817 |
| Yellow Page Advertising | | 50 | 50 | 50 | 50 | 250 | 1,159 | 1,159 | 1,159 | 1,159 |
| Recruiting | | | | | | 50 | 250 | 250 | 250 | 250 |
| Vehicle Lease/Payment | | 500 | 500 | 500 | 500 | 500 | 50 | 50 | 50 | 50 |
| Janitorial Service | | 50 | 50 | 50 | 50 | 50 | 500 | 500 | 500 | 500 |
| Repairs and Maintenance | | 150 | 150 | 150 | 150 | 150 | 50 | 50 | 50 | 50 |
| Refuse Removal | | 100 | 100 | 100 | 100 | 100 | 150 | 150 | 150 | 150 |
| Telephone | | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 100 | 100 | 100 | 100 |
| Electric, Gas and Water | | 603 | 780 | 950 | 1,120 | 1,311 | 2,500 | 2,500 | 2,500 | 2,500 |
| Advertising Fund | | 2,110 | 2,731 | 3,325 | 3,919 | 4,587 | 1,480 | 1,649 | 1,817 | 1,977 |
| Royalties | | | | | | | 5,191 | 5,771 | 6,361 | 6,918 |
| **TOTAL OPERATING COSTS** | $ | 30,147 | 33,787 | 42,045 | 46,990 | 65,987 | 74,621 | 86,187 | 90,324 | 98,632 |
| **GROSS OPERATING PROFIT** | $ | (11) | 5,286 | 5,455 | 10,037 | 15,444 | 53,441 | 58,187 | 60,324 | 61,439 |
| Basic Rent | $ | | | 22,193 | 22,193 | 16,444 | 21,380 | 26,287 | 30,541 | 37,393 |
| Additional Rent | | | | 4,398 | 4,395 | 22,193 | 22,193 | 22,193 | 22,193 | 22,193 |
| Property Taxes | | | | | | 4,395 | 4,395 | 4,395 | 4,395 | 4,395 |
| Insurance | | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 |
| Professional Fees | | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 |
| Capital Expenditures | | | | | | | | | | |
| Debt Service | | 7,590 | 7,590 | 7,590 | 7,590 | 7,590 | 7,590 | 7,590 | 7,590 | 7,590 |
| Miscellaneous | | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
| **TOTAL NON-OPERATING COSTS** | $ | 9,790 | 9,790 | 36,377 | 36,377 | 36,377 | 36,377 | 36,377 | 36,377 | 36,377 |
| **NET CASH <OUT> FLOW** | $ | (9,801) | (4,504) | (30,922) | (26,340) | (19,929) | (14,997) | (10,121) | (5,836) | 1,016 |
| **Cash Balance** | | | | | | | | | | |
| (Beginning) | $ | 125,000 | 115,199 | 110,666 | 79,743 | 53,403 | 33,474 | 18,477 | 8,356 | 2,520 |
| (Ending) | $ | 115,199 | 110,666 | 79,743 | 53,403 | 33,474 | 18,477 | 8,356 | 2,520 | 3,536 |

Exhibit E

KIDDIE ACADEMY
CONFIDENTIAL

4/11/2009
11:30 PM

CHILD CARE LEARNING CENTERS

**CASH FLOW PROJECTIONS**

YEAR 3
PROJECTIONS

EXHIBIT E

| | Month: | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Full Year |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Enrollment | | 174 | 174 | 174 | 174 | 174 | 174 | 174 | 174 | 174 | 174 | 174 | 174 | |
| Utilization | | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| TUITION REVENUE | $ | 181,704 | 181,704 | 181,704 | 181,704 | 181,704 | 181,704 | 181,704 | 181,704 | 181,704 | 181,704 | 181,704 | 181,704 | 2,180,444 |

KIDDIE ACADEMY
CONFIDENTIAL

11/16/2005
4:33 PM

# Kiddie Academy Child Care Learning Centers
## Flash Pac Page 3
## Monthly Trends

**219**    **Jackson**

Maximum Capacity 170

Danita

Exhibit 4 F

| CTR | Center Name | Month of | Enrollment | Full Time Equivalent | Unit Percent | Max Revenue | Revenue | Teacher Wages | | Current A/R | | Adds | Drops | Net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 219 | Jackson | 5/3/2008 | 57 | 35 | 20.6% | $37,475 | $7,753 | $0 | 0% | $11,264 | 45% | 7 | 4 | 3 |
| | | 4/5/2008 | 53 | 34 | 20.0% | $149,900 | $30,054 | $0 | 0% | $10,239 | 34% | 7 | 0 | 7 |
| | | 3/1/2008 | 45 | 30 | 17.5% | $187,375 | $32,779 | $7,562 | 5% | $7,259 | 27% | 8 | 4 | 4 |
| | | 2/2/2008 | 42 | 27 | 15.9% | $149,900 | $23,879 | $0 | 0% | $5,234 | 22% | 10 | 6 | 4 |
| | | 1/5/2008 | 37 | 26 | 15.1% | $149,900 | $22,617 | $3,249 | 14% | $5,767 | 25% | 8 | 7 | 1 |
| | | 12/1/2007 | 31 | 19 | 11.3% | $187,375 | $21,216 | $6,996 | 33% | $3,030 | 14% | 8 | 1 | 7 |
| | | 11/3/2007 | 32 | 18 | 10.6% | $154,800 | $16,336 | $7,010 | 43% | $3,873 | 24% | 4 | 0 | 4 |
| | | 10/6/2007 | 29 | 13 | 7.6% | $154,800 | $11,700 | $6,049 | 52% | $2,885 | 24% | 4 | 2 | 2 |
| | | 9/1/2007 | 23 | 8 | 5.0% | $193,500 | $9,579 | $0 | 0% | $830 | 9% | 3 | 0 | 3 |
| | | 8/4/2007 | 3 | 1 | 0.8% | $154,800 | $1,211 | $0 | 0% | $28 | 2% | 1 | 0 | 1 |
| | | 7/21/2007 | 2 | 1 | 0.4% | $77,400 | $309 | $0 | 0% | $0 | 0% | 21 | 0 | 21 |
| | | **Total / Average for Year** | 32 *Average* | 19 *Average* | 11.2% *Average* | $1,99,725 *Total* | $177,472 *Total* | $24,805 *Total* | 14% *Average* | $4,259 *Average* | 2% *Average* | 82 *Total* | 25 *Total* | 57 *Total* |

Please refer to financial disclaimer on the cover page of this document regarding the information contained on this page. This disclaimer is an integral part of this document and the information contained herein.

*Exhibit D*

## Small Business Lending

**Owner Information Form**   Page 1 of

## Section 1 - General Information

| Name | **Lauren** | **A** | **Meade** | | |
|---|---|---|---|---|---|
| | First | Middle Initial | Last | | |

List any previous names, i.e. maiden name, alias, etc. (If additional names, please attach a separate sheet)

| Name | | | | From: | To: |
|---|---|---|---|---|---|
| | First | Middle Initial | Last | | |

| Social Security # | | Date of Birth **09/06/83** | Place of Birth (City, State) | **B'klyn NY** | |
|---|---|---|---|---|---|

| Current Address | **5 Heritage Rd.** | | | | |
|---|---|---|---|---|---|
| City | **Florham Park** | State **NJ** | Zip code **07932** | From: **10/04** | To: **Pres** |
| Previous Address (if current < 10 yrs.) | **30 Pension Rd,** | | | | |
| City | **Manalapan** | State **NJ** | Zip code **07726** | From: **2/98** | To: **10/04** |
| Phone | ( **973** ) **301 - 2221** | Fax ( **973** ) **301 - 2221** | Cell Phone ( **732** ) **690 - 3651** | | |

Are you a U.S. Citizen? ☒Yes ☐No   If No, are you a Lawful Permanent Resident Alien? ☐Yes ☐No   (If Yes, attach copy of Green Card)

Have you, or any officer of your company, ever been involved in bankruptcy or insolvency proceedings? ☐Yes ☒No

Are your business and personal taxes current? ☒Yes ☐No

Are you or your business involved in any pending lawsuits? ☐Yes ☒No

Have you ever been disbarred from doing business with the U.S Government? ☐Yes ☒No

Do you or your spouse or any member of your household, or anyone who owns, manages or directs your business, or their spouses or members of their household, work for the Small Business Administration, Small Business Advisory Council, SCORE, ACE, or a Federal Agency, or the participating lender? ☐Yes ☒No

Have you ever been arrested, charged with, convicted of, or placed on pretrial diversion, or placed on any form of probation, including adjudication withheld pending probation, for any criminal offense other than a minor vehicle violation? ☐Yes ☒No

## Section 2 - Education (Please complete or attach resume.)

| Institution/Location | **Rutgers University NJ** | | From **9/05** | To **Pres.** |
|---|---|---|---|---|
| Degree | | Course of Study **LA** | | |
| Institution/Location | **Brookdale C.C. NJ** | | From **9/03** | To **6/05** |
| Degree | **AA** | Course of Study **LA** | | |

## Section 3 - Work Experience (Last 5 years, if applicable. Please complete or attach resume)

| Company Name/Location | **Lenscrafters NJ** | | From **02/02** | To **Pres.** |
|---|---|---|---|---|
| Title | **technician** | Duties **assist Dr. giving eye exams to clients** | | |
| Company Name/Location | | | From | To |
| Title | | Duties | | |

## Section 4 - Military Service Background (Please complete or attach resume.)

Branch **NA**

Honorable Discharge: ☐Yes ☐No   Rank Upon Discharge   From   To

Grade

## Section 5 - Previous SBA or Federal Government Debt (Requested or received. Attach a separate sheet if needed)

| Federal Agency | **NA** | ☐Approved ☐Declined | Date of Loan or Application | Original Loan Amount $ | Current Balance $ | ☐Current ☐Delinquent |
|---|---|---|---|---|---|---|

# Small Business Lending

Business Loan Application  Page 1

## Section 1 – Business Information

**Company Name**  DASODA CORP

**Phone** ( 732 ) 690 - 3651   **Fax** ( 973 ) 301 - 2221   **DBA or Franchise (if applicable)**

**E-Mail**  XoXLaUr3NXoX@aol.com

**Street**  Hope Chapel Rd.   **Website**  KIDDIEACADEMY>COM

**City**  Jackson   **Suite #**   **State** NJ   **Zip Code** 08857

**Date Company Founded** 6/22/06   **Date Of Current Ownership** 6/22/06   **# of current locations** 1

**# of Employees (Current)** 2   **# of Employees (after financing)** 25   **Tax Identification #**

**Type of Organization** ☐C Corp ☒S Corp ☐LLC ☐LLP ☐LP ☐GP ☐Sole Prop.

**State of Organization** NJ
**(If yes, how many?)**

**Does business currently have any plans for future locations?** ☐Yes ☒No

**Do sales to any one customer exceed 10% of business's annual revenue?** ☐Yes ☒No

**Type of Business** ☒ Service ☐Retail ☐Wholesale ☐Mfg. ☐Distribution ☐Other (Describe)

**Describe products and services:**  Child Care Learning Center Franchise

**Customer Profile/Key Clients:**  Working Families

**Major Competitors:**  Goddard School, Tutor Time, The Learning Center

## Section 2 – Project Summary

| Real Estate Purchase | $0 | Working Capital | $125,000 | Business/Practice Acquisition | |
|---|---|---|---|---|---|
| Building Improvements | $0 | Inventory | $ | Other (describe)  Franchise Fee | $109,202 |
| Equipment Purchase | $204,500 | Debt Refinance | $ | | $80,000 |
| Briefly Describe Project | Providing Quality Childcare and Early Childhood Education | | | Other (describe)  Prof. Fees | $15,000 |

## Section 3 – Ownership

List below all owners, partners, Limited Liability Corporation (LLC) members, and stockholders totaling 100% of ownership. For corporations identify all corporate officers regardless of ownership. For a Partnership or LLC, identify the managing /general partner or managing member. If additional owners, check here ☐ and attach a separate sheet.

| Name | Lauren Ann Meade | Title | CEO | Ownership % | 51.00 | Social Security # | |
|---|---|---|---|---|---|---|---|
| Address | 5 Heritage Rd. | City | Florham Park | State | NJ | Zip Code | 07932 |
| Name | Mark C. Meade | Title | Pres. | Ownership % | 49.00 | Social Security # | |
| Address | 5 Heritage Rd. | City | Florham Park | State | NJ | Zip Code | 07932 |
| Name | | Title | | Ownership % | | Social Security # | |
| Address | | City | | State | | Zip Code | |
| Name | | Title | | Ownership % | | Social Security # | |
| Address | | City | | State | | Zip Code | |

## Section 4 – Affiliates

List below all business concerns in which the applicant company or any of the individuals listed in the Ownership Section above have 20% ownership or controlling interest. Affiliation also exists where an individual(s) has control of the Small Business Company and another concern(s) even though the ownership of one or both is small. If additional affiliates, check here ☐ and attach a separate sheet.

| Company Name | NA | Owned By: | | Ownership % | |
|---|---|---|---|---|---|
| Address | | | | # Employees | |
| Company Name | | Owned By: | | Ownership % | |
| Address | | | | # Employees | |

**CIT** Small Business Lending

Owner Information Form   Page 2 o

## Section 6 - Financial Information (If married include all individual and joint assets, liabilities, and income)

| ASSETS | | LIABILITIES | |
|---|---|---|---|
| Cash | $ | Credit Cards and Accounts Payable | $ |
| Savings/Checking Accounts | $1,500 | Unpaid Taxes | $ |
| Securities: Stocks, Bonds, | $ | Margin Accounts [1] | $ |
| Cash Value Life Insurance | $ | Loans Against Life Insurance | $ |
| Vehicles (all) | $ | Vehicle Loan Balances (all) | $ |
| IRA and 401k (all) | $ | Student Loan Balances (all) | $ |
| Household Goods | $ | Installment Loan Balances (all) | $ |
| Accounts and Notes Receivable | $ | Notes Payable to Banks and Others [2] | $ |
| Other: | $ | Other: | $ |

Describe other assets: _____

Describe other liabilities: _____
Other liabilities may include but may not be limited to items such as: loans you have endorsed, guaranteed, or co-signed; legal claims/judgments, etc....

| INCOME | Monthly | | Monthly |
|---|---|---|---|
| Salary | $ | Investment Income | $ |
| Spouse Salary | $ | Other: | $ |
| Rental Income | $ | Other: | $ |
| EXPENSES | Monthly | | Monthly |
| Vehicle Loan Payments (all) | $ | Insurances (all) | $ |
| Student Loan Payments (all) | $ | Medical Expenses (3yr. Average) | $ |
| Installment Loan Payments | $ | Property Taxes | $ |
| Rent Expense or Condo Fee | $ | Child Care | $ |
| Utilities | $ | Other: | $ |

Have you, or any business controlled by you ever had a loan or lease with CIT?   ☐Yes ☐No

Number of members in household including self, spouse (if applicable), and all dependents _____

[1] Please attach appropriate account statements for securities summarized above.
[2] Please provide details of Notes Payable to Banks and Others below.

Notes Payable to Banks and Others (If additional Notes, please attach a separate sheet)

| Lender | Original Amount | Current Balance | Monthly Payment | Collateral | Pmt Frequency |
|---|---|---|---|---|---|
| | $ | $ | $ | | |
| | $ | $ | $ | | |
| | $ | $ | $ | | |

## Section 7 - Real Estate Holdings (If additional properties are owned, please attach a separate sheet)

| Property Type | Property 1 | | Property 2 | | Property 3 | |
|---|---|---|---|---|---|---|
| Address | | | | | | |
| Owner of Record | | | | | | |
| Date Purchased | | | | | | |
| Original Cost | $ | | | | | |
| Current Value | $ | | | | $ | |
| | 1st Mortgage | 2nd Mortgage | 1st Mortgage | 2nd Mortgage | 1st Mortgage | 2nd Mortgage |
| Mortgage Holder | | | | | | |
| Mortgage Balance | $ | $ | $ | $ | $ | $ |
| Mortgage Payment | $ | $ | $ | $ | $ | $ |
| Mortgage Status | ☐Current ☐Past Due | ☐Current ☐Past Due | ☐Current ☐Past Due | ☐Current ☐Past Due | ☐Current ☐Past Due | ☐Current ☐Past Due |

CIT SMALL BUSINESS LENDING CORPORATION AUTHORIZATION TO RELEASE INFORMATION
n connection with this application for financing (and any update, extension, modification, renewal or review of such financing, if it is granted), each of the undersigned hereby authorizes CIT Small Business Lending Corporation and each of its affiliates (collectively, the "Lender") to make all inquiries it deems necessary to verify the accuracy of the information provided herein and to determine my creditworthiness including, without limitation, obtaining consumer and/or business credit reports regarding me or any entity I am affiliated with. Each of the undersigned individuals hereby acknowledges that Lender will obtain a consumer credit report concerning them. The Lender may, at any time in its sole discretion, disclose the status of the proposed financing transaction and the credit data and other information concerning or relating to the undersigned or the proposed financing transaction to the SBA, referral sources, franchisors, vendors, loan participants, other lenders, agents and affiliates of any undersigned or the Lender. The undersigned hereby certify at the enclosed application information, including all attachments, exhibits, schedules, etc., is true, valid, accurate and complete as of the date of this application.  The undersigned understands that false statements may result in the denial of the application.

PPLICANT SIGNATURE: _____

POUSE SIGNATURE: _____   DATE: _____

OUSE NAME: _____   DATE: _____

(Spousal signature and Social Security number required to verify combined assets & liabilities as specified by community property laws)

SPOUSE SOCIAL SECURITY #: _____

his form is an integral part of the CIT Small Business Lending Corporation Business Loan Application and should be completed by each owner

**CIT Small Business Lending**

Business Loan Application  Page

## Section 5 – Business Debt

If additional loans and/or leases, check here ☐ and attach a separate sheet.

| Lender | Purpose | Original Amount | Current Balance | Monthly Payment | Interest Rate | Maturity Date | Security | Status |
|--------|---------|-----------------|-----------------|-----------------|---------------|---------------|----------|--------|
| | | $ | $ | $ | | | | ☐Current |
| | | $ | $ | $ | | | | ☐Past Du |
| | | $ | $ | $ | | | | ☐Current |
| | | $ | $ | $ | | | | ☐Past Du |
| | | $ | $ | $ | | | | ☐Current |
| | | $ | $ | $ | | | | ☐Past Due |
| | | | | | | | | ☐Current |
| | | | | | | | | ☐Past Due |

Figures should reconcile with most recent Tax Return or Interim Financial Statement provided to Lender

## Section 6 - Accounts Receivable / Payable Information

If business (or the business/practice being acquired) has accounts receivable/payable, please attach an accounts receivable/payable summary aging report. If not available, complete the schedule below.  If the company has no accounts receivable or payable, check here ☒ and proceed to the next section.

Does any customer make up more than 10% of the accounts receivable?  ☐Yes ☐No

Does any supplier make up more than 10% of the accounts payable?  ☐Yes ☐No

| Days Outstanding | 0 - 30 | 31 - 59 | 60 - 89 | 90 - 119 | 120 and Over |
|------------------|--------|---------|---------|----------|--------------|
| Accounts Receivable | $ | $ | $ | $ | $ |
| Accounts Payable | $ | $ | $ | $ | $ |

Figures should reconcile with most recent Tax Return or Interim Financial Statement provided to Lender

## Section 7 - References and Professional Services

Bank Reference:

Bank Name: **Washington Mutual**  Contact: **Brian Walsh**

Address **483 Main St.**  City **Chatham**  Phone Number: **( 973 ) 701 - 7604**

Professionals: (if currently available)  State **NJ**  Zip Code **07928**

Accounting Firm:

Attorney:  Contact: _____  Phone Number: (   )  -

Contact: _____  Phone Number: (   )  -

## Section 8 – Applicant Comments

**ADDITIONAL INFORMATION WILL BE REQUIRED TO COMPLETE YOUR LOAN REQUEST**
Upon receipt of this application, a CIT Small Business Lending Corporation representative will contact you to discuss your transaction in further detail.  Prior to final review of this application, your representative will request other forms or documents based on your specific loan request.
**DISCLOSURE OF RIGHT TO REQUEST SPECIFIC REASONS FOR CREDIT DENIAL GIVEN AT TIME OF APPLICATION (BUSINESS CREDIT)**
If your application for business credit is denied, you have the right to receive a written statement of the specific reasons for the denial.  To obtain the statement, please contact CIT Small Business Lending Corporation, Attn. Chief Credit and Portfolio Officer, 1 CIT Drive, Livingston, New Jersey 07039 at (800) 453-3548 within 60 days from the date you are notified of our decision. We will send you a written statement of reasons for the denial within 30 days of receiving your request for the statement. Applicants are not required to obtain or pay for unwanted services.
NOTICE:  The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract), because all or part of the applicant's income derives from any public assistance program, or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act.  The federal agency that administers compliance with this law concerning this creditor is The Federal Trade Commission, Equal Credit Opportunity, Washington, D.C. 20580.
IT SMALL BUSINESS LENDING CORPORATION AUTHORIZATION TO RELEASE INFORMATION
In connection with this application for financing (and any update, extension, modification, renewal or review of such financing, if it is granted), each of the undersigned hereby authorizes CIT Small Business Lending Corporation and each of its affiliates (collectively, the "Lender") to make all inquiries it deems necessary to verify the accuracy of the information provided herein and to determine my creditworthiness including, without limitation, obtaining consumer and/or business credit reports regarding me or any entity I am affiliated with.  Each of the undersigned individuals hereby acknowledges that Lender will obtain a consumer credit report concerning them. The Lender may, at any time in its sole discretion, disclose the status of the proposed financing transaction and the credit data and other information concerning or relating to the undersigned or the proposed financing transaction to the SBA, referral sources, franchisors, vendors, loan participants, other lenders, agents and affiliates of any undersigned or the Lender. The undersigned hereby certify the enclosed application information, including all attachments, exhibits, schedules, etc., is true, valid, accurate and complete as of the date of this application.  The undersigned understand that false statements may result in the denial of the application.

UCANT SIGNATURE: _____  Date _____



## Utilization Award

This award is given to those Kiddie Academy locations who have consistently maintained an exceptional level of utilization. In order to achieve this recognition, an academy must have maintained an average utilization of 80% or higher during 2010.



| | |
|---|---|
| Irvine, CA | 101% |
| Kent Island, MD | 95% |
| Streamwood, IL | 93% |
| Syosset, NY | 93% |
| League City, TX | 92% |
| Oxon Hill, MD | 90% |
| Claremont, CA | 88% |
| Hilltown, PA | 87% |
| Broomfield, CO | 86% |
| Lakewood Ranch, FL | 85% |
| Laurel, MD | 84% |
| Forest Hill, MD | 83% |
| Shrewsbury, PA | 83% |
| Hicksville, NY | 82% |
| Brier Creek, NC | 81% |
| Gainesville, FL | 81% |
| Neptune, NJ | 80% |

## Academy Achievement Award

This award is given to the Kiddie Academy locations that have been recognized by the community (local, state or national) for excellence in the field of Early Childhood Education. Recipients include those who have received grants, accreditations, or awards and recognition in 2010.

**Bel Air, MD**
Participant in various pilot programs and recipient of MSDE textbook grant and voted Best Childcare in Harford County by *Harford Magazine* readers' poll

**Brighton, CO**
Designated a Colorado preschool and awarded 32 slots

**Elkton, MD**
MSDE textbook and Infant-Toddler Expansion Grant recipient and First Place in category of Best Child Day-care Facilities for 2010 and received official citation from Maryland State General Assembly

**Forest Hill, MD**
Participant in various pilot programs and recipient of MSDE textbook grant and voted Best Childcare in Harford County by *Harford Magazine* readers' poll

**Hicksville, NY**
Voted Third Best Day Care by *Long Island Press* readers' poll

**Horsham, PA**
Hosted a photography session for learning center signs

**Islip, NY**
Systino Pilot participant

Exhibit G

@ 003/006

```
Apr 23 2008 1:08PM    HP LASERJET FAX
DIVISION OF REVENUE   Fax:689-184-6708
```

Jul 12 2006  12:40   P. 02   P. 1
Jul 10 2006   9:49

*New Jersey Department of Treasury*
*Division of Commercial Recording*
*Certificate of Incorporation, Profit*
(Title 14A:2-7 New Jersey Business Corporation Act
For Use by Domestic Profit Corporation)

DP   C100

FILED
JUL 1 0 2006
STATE TREASURER

This is to Certify that, there is hereby organized a corporation under and by virtue of the above noted statute of the New Jersey Statutes.

1. Name of Corporation: **Dasoda Corp.**
2. The purpose for which this corporation is organized is (are) to engage in any activity within the purposes for which corporations may be organized under NJSA 14A 1-1 et seq.

3. Registered Agent: **Mark C. Meade**
4. Registered Office: **5 Heritage Road, Florham Park, NJ 07932**
5. The aggregate number of shares which the corporation shall have authority to issue is 2,500 shares

6. If applicable, set forth the designation of each class and series of shares, the number in each, and a statement of the relative rights, preferences and limitations.

7. If applicable, set forth a statement of any authority vested in the board to divide the shares into classes or series or both and to determine or change their designation number, relative rights, preferences and limitations.  N/A

   N/A

8. The first Board of Directors shall consist of 1 Director(s)  (minimum of one).

| Name | Street Address | City | State | Zip |
|------|---------------|------|-------|-----|
| Mark C. Meade, | 5 Heritage Road, | Florham Park, | NJ | 07932 |

9. Name and address of Incorporator(s):
   Name
   **BRUCE B. HUBBARD - PRESIDENT, HUBBARD INC., DVB/A HUBCO INCORPORATION SERVICES**

| Street Address | City | State | Zip |
|----------------|------|-------|-----|
| 77 EAST JOHN ST | HICKSVILLE | N.Y. | 11801 |

10. The duration of the corporation is:  Perpetual
11. Other provisions:

In Witness whereof, each individual incorporator being over eighteen years of age has signed this certificate, or if the incorporator is a corporation has caused this Certificate to be signed by its duly authorized officers this July 3rd, 2006.

Signature: _Bruce B. Hubbard_

Bruce B. Hubbard, Incorporator
President - Hubbard, Inc., D/B/A Hubco Incorporation Services

51715512
J 3228 156

01009165320

ID# 20 522 5222

p. 1

1222-105-£78

Mark C.Meade

Apr 23 06 09:36a

Opportunity Franchise Gator.com

Page 1 of 3

*Exhibit C*



Franchise Opportunities   About Franchise Gator   Contact Us

**Business and Franchise Opportunities for Entrepreneurs**
We pride ourselves on linking real people with real franchise opportunities

A-Z Franchise List ▾   Franchise Opportunities by Industry ▾   Search by State ▾   Search By Investment ▾

Home    Franchise Directory    Kiddie Academy

## Kiddie Academy

Add to Request List | Bookmark



*Community Begins Here.*



**More About Kiddie Academy**

Business Type: Franchise
Liquid Capital Required: $175,000
Net Worth Required: $500,000
Total Investment: $345,100 - $827,000
Financing Assistance: Available
Training and Support: Available

**Kiddie Academy Franchise Information:**

*Earnings Claim*

Achieve your personal and professional goals while providing a valuable service to the families in your community. Make a difference in their lives and yours.

With a Kiddie Academy® average revenues $1,079,321* and average gross profit $276,119*, your financial goals could be within reach.

**Concept Statement:**
At Kiddie Academy®, we awaken the possibilities through nurturing, learning and fun. By blending these things together, we ensure that our students are constantly stimulated, constantly interested and constantly growing. Our curriculum incorporates character development and life skills, reinforced with our family style dining and creative play. Kiddie Academy Domestic Franchising, LLC is accredited by AdvancED, an organization that accredits over 27,000 public and private schools and districts across the United States and in 69 countries. Accreditation is the result of a comprehensive review of the system's proven operating systems, proprietary curriculum, and commitment to continuous improvement.

**Start-up Assistance:**
Kiddie Academy® offers a variety of third party financing options and is registered with the SBA registry and the VetFran program. Our multi-step development process supports you through the steps of securing financing, site selection, construction, licensing, training, pre-launch and ramp-up.



**Academy Design:**
Kiddie Academy's signature building is designed to give families a Kiddie Academy® branded experience while allowing you to design and construct your academy to meet your local codes and marketplace needs within your protected territory. Our expert real estate and construction teams will support your site selection and academy construction activities, whether you choose to pursue a build to suit lease, purchase option, or in-line conversion.



**Training and Support:**
Kiddie Academy delivers high quality initial and ongoing training and support, including four weeks of initial training, 15 days of director training, ongoing refresher training programs and site visits. We combine the best in classroom and hands-on learning experiences, ensuring skill acquisition, retention and real world application.

**History:**
Based in Abingdon, Maryland, Kiddie Academy® has been a leader in child care education for more than 30 years. As of January 1, 2011 there are currently 110 Kiddie Academy® facilities located in more than 20 states, including 106 franchised and four company-owned academies. Approximately 60 additional academies are in various stages of development.

**Free Franchise Newsletter**



http://www.franchisegator.com/Kiddie-Academy-franchise/

4/6/2011

*Exhibit C*

### HOW DOES KIDDIE ACADEMY® SUPPORT FRANCHISEES?

"With Kiddie Academy®, we receive amazing support. Our Franchise Business Consultant is literally available to us 24/7, and has been from day one. We also get excellent support from the marketing team, the accounting team - anything we ever need, we get a response right away. Having a team of experts behind us, that's what gives us peace of mind."

Saj Rizvi,
Franchisee Streamwood IL

Kiddie Academy® is fully engaged in helping franchisees produce quality results in every aspect of starting and operating their business.

Kiddie Academy provides thorough support in the following areas:

Getting Started
- Site Selection
- Construction
- Licensing
- Initial Training
- Pre-Opening
- Grand Opening
- Growth

Continuing Engagement:
- Expansion
- Financial Management
- Marketing
- Operations
- Licensing
- Continued Training
- Education

Our Commitment: Mobilize our resources so that the start-up and ongoing growth aspects of your business are efficient and prosperous.

PREV          NEXT



*Exhibit C*

CHILD CARE LEARNING CENTERS

June 23, 2006

Mark C. and Lauren Meade
5 Heritage Road
Florham Park, New Jersey 07932

Dear Mark and Lauren:

Welcome to the Kiddie Academy® community!  You've joined a team, where all members, just like you, are passionately committed to building a community that shapes and inspires children for the future. Our contribution to your local community is helping you achieve your goals.  In effect, your success is our success.

As the next step in helping you reach your initial business goal in becoming a Kiddie Academy franchisee owner, I have enclosed a fully executed Preliminary Agreement.  Over the next few months, our Real Estate team will be helping you acquire a location for your Kiddie Academy franchise. This skilled team is eager to get started, and I am confident you will enjoy working with them.  The Award team and Real Estate team will be contacting you within the next few days to begin this exciting process.

We place a high value on your trust and investment in Kiddie Academy and we are ready to put our brand and system to work.

Very truly yours,
Kiddie Academy Domestic Franchising, LLC

Michael J. Miller
President/CEO

Enclosure

Cc: Award Team
     Real Estate Team



KIDDIE ACADEMY CORPORATE OFFICES
108 East Wheel Road  .  Bel Air, Maryland 21015-6198
(410) 515-0788  .  (410) 569-2729 Fax
www.kiddieacademy.com



Exhibit B

# DAVID ALAN AST, P.C.

ATTORNEY AT LAW

222 RIDGEDALE AVENUE, P.O. BOX 1309, MORRISTOWN, N.J. 07962-1309

TEL: (973) 984-1300
FAX: (973) 984-1478
davidast@davidastlaw.com

September 27, 2010

Cardinale & Jackson
Attn:  Cardinale Enterprises
46 Newman Springs Road East, Suite E
Red Bank, NJ 07701-1531

CIT Small  Business Lending
One CIT Drive
Livingston, NJ 07039

Kiddie Academy
3415 Box Hill Corporate Center Drive
Abingdon, MD 21009-1201

**Re:  DASODA CORP.**
      **Case No. 10-39528**

Dear Sir or Madam:

Please be advised that the above corporation filed for protection
under Chapter 11 of the Bankruptcy Code on September 24, 2010. You
will be receiving official notices from the Bankruptcy Court
shortly.

Enclosed herewith please find a copy of a Notice of Electronic
Filing of the following:

1.   Application for Retention of Professional.

2.   Certification of Professional in Support of Application for
     Retention of Professional.

3.   Proposed Order Authorizing Retention of David A. Ast, Esq., as
     Attorney for Debtor/Debtor-in-Possession.

The objection deadline set by the Court is October 1, 2010.

Please be guided accordingly.

Very truly yours,

DAVID ALAN AST, P.C.

By: _____
    DAVID A. AST

DAA:as
Enclosures
cc:  Mr. Mark C. Meade(w/enc.)

J:\DAA Docs\Data\CHAPIT\Dasoda Corp\App Retain Attorney\Ltr Serve AppAtty.103327

*EXHIBIT O*

Date Printed:  11/3/2010kt

For OOL Use Only: Log #  *180273*

*413  00034143*

## CHILD ABUSE RECORD INFORMATION (CARI) CONSENT FORM
### STATE OF NEW JERSEY
### DEPARTMENT OF CHILDREN AND FAMILIES
### OFFICE OF LICENSING

✓**CHANGE OF SPONSORSHIP-CHILD CARE CENTER**

**Indicate Reason for CARI by Checking Appropriate Box:**

☐ New Center
☐ Renewing Center
☐ New Staff Member Hired at a Licensed Center (Not Renewing)
   Date of Hire _____

**Please Check Only If You Are:**

☑ Sponsor (Owner) or Sponsor Representative

Center Name:     **Kiddie Academy of Jackson TBA Jackson Crossing**
Site Address:    **21 S HOPE CHAPEL RD**
                 **JACKSON NJ 08527**     County: **Ocean**   Fee: **$10.00**

New Owner Mailing Address:    **46 Newman Springs Road East**
                              **Red Bank NJ 07080**

                *747-7846*
Phone:              **732-750-1221**
Sponsor/Owner       **Frank Mozino**
Renewal Date:       **7/9/2013**            ID #: **070704640**

PLEASE PRINT CLEARLY IN INK.  PLEASE GIVE YOUR FULL NAME; DO NOT USE INITIALS. COMPLETE THIS FORM ON BOTH PAGES AND RETURN IT TO THE CHILD CARE CENTER.  ATTACH ADDITIONAL SHEETS IF MORE SPACE IS NEEDED.

Print your full name (first, middle, last):  *FRANK JOSEPH MOZINO*

Previous name, maiden name or nicknames: _____

Date of name change or date of marriage: _____

Home address:  *2 SILVERSIDE AVE*

City: *LITTLE SILVER*                        State: *NJ*   Zip: *07739*

Date of birth:  *04/01/52*             Race: *CAUCASIAN*

Social Security number:  *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*            Sex: *MALE*

NOTE:  Pursuant to the Federal Privacy Act of 1974 (P.L. 93-579), the disclosure of your Social Security number is voluntary. Your Social Security number, race, date of birth, and sex will only be used for the purpose of conducting a Child Abuse Record Information background check as authorized by the State Child Care Center Licensing Law (N.J.S.A. 30:5B-1 to 15).

1/2/09

Page 2

Name: **FRANK JOSEPH MOZINO**

(Please clearly print applicant's name.)

Full names of your children, if any, whether living with you or not:

**JOSEPH ROBERT MOZINO**

**NINA JEAN MOZINO** } **ALL LIVING**

**DOMINIC FRANCIS MOZINO** } **WITH ME**

Your previous addresses since 1990 and the dates you lived at each address:

1) **473 PARK AVE ORANGE, NJ**

Resided from: **9** (month) **84** (year)   To: **10** (month) **91** (year)

2) **296 NORTHVIEW TERR SPRINGFIELD, NJ**

Resided from: **11** (month) **91** (year)   To: **9** (month) **93** (year)

3) **56 HIGH POINT DR. SPRINGFIELD, NJ**

Resided from: **10** (month) **93** (year)   To: **6** (month) **2002** (year)

4) **243 E RIVIERA AVE. OCEAN GATE, NJ**

Resided from: **7** (month) **2002** (year)   To: **8** (month) **2006** (year)

All persons completing this form must read the following and sign below:

I consent to have the Department of Children and Families conduct a Child Abuse Record Information check to determine whether an allegation of child abuse or neglect has been substantiated against me. I certify that I am not currently being investigated for any allegation of child abuse or neglect. I certify that if a record of substantiated child abuse or neglect is found, or if I refuse to sign this consent form, I will not be permitted to sponsor or work at this or any other licensed child care center in New Jersey. I certify that all information I have given on this form is accurate and complete to the best of my knowledge.

Signature: [signature]   Date: **11 8 10**

FOR OFFICE OF LICENSING USE ONLY

| RECORD OFFICE OF LICENSING | NO RECORD OFFICE OF LICENSING |
|---|---|
| DEPARTMENT OF | DEC - 6 2010 DEPARTMENT OF |

OOL staff initials [initials]

5) **2 SILVERSIDE AVE. LITTLE SILVER, NJ**
**FROM: 9/2006   TO: PRESENT**

EXHIBIT A

| 8-K | 1st Page of 4 | | TOC | Top | Previous | Next | Bottom | Just 1st |

Sponsored Ads.

NJ Bankruptcy Lawyers Over 40 Years Experience - Call for Free Consultation 866-830-2075 www.nolomeley.com
Filing for Bankruptcy Thinking about Filing Bankruptcy? Free Online Bankruptcy Evaluation www.Charter7.com
Types Of Bankruptcy What Bankruptcy Chapter Should You Pursue? Free Information And Review www.Bankruptcy.me

Ads by Google

SECURITIES AND EXCHANGE COMMISSION

WASHINGTON, D.C. 20549

FORM 8-K

CURRENT REPORT

PURSUANT TO SECTION 13 OR 15(D) OF THE
SECURITIES EXCHANGE ACT OF 1934

Date of Report (Date of earliest event reported):   JANUARY 8, 1998

RIDDIE ACADEMY INTERNATIONAL, INC.
(Exact name of registrant as specified in its charter)

DELAWARE                    1-14052                 52-1938283
(State or other jurisdiction of   (Commission          (I.R.S. Employer
incorporation)               File Number)            Identification No.)

108 WHEEL ROAD, BEL AIR, MARYLAND                     21015
(Address of principal executive offices)             (Zip Code)

Registrant's telephone number, including area code: (410) 515-0788

NOT APPLICABLE
(Former name or former address, if changed since last report)

*SEC Info*   Home   Search   My Interests   Help   Sign In   *Please Sign In*

# Kiddie Academy International Inc · 8-K · For 1/8/98

**Filed On 1/12/98 · SEC File 0-27284 · Accession Number 950169-98-13**

[Find] [Help] in this entire Filing. Show Docs searched and every "hit". *Wildcards: ? (any letter), * (many). Logic: for Docs: & (and) | (or) for Text: | (any: berg), "(&)" (near)*

| As Of | Filer | Filing | On/For/As Docs:Pgs | Issuer | Agent |
|---|---|---|---|---|---|
| 1/12/98 | Kiddie Academy International Inc | 8-K(3,7) | 1/08/98  2:6 | | 950169 |

### Current Report · Form 8-K
#### Filing Table of Contents

| Document/Exhibit | Description | Pages | Size |
|---|---|---|---|
| 1: 8-K | Kiddie Academy International | 4 | 14K |
| 2: EX-99 | Exhibit 99.1 | 2 | 8K |

### 8-K · Kiddie Academy International
#### Document Table of Contents

| Page | (sequential) | | (alphabetic) | Top |
|---|---|---|---|---|
| 1 | 1st Page | | • Alternative Formats (RTF, XML, et al.) | |
| 2 | Items 1 and 2, Not Applicable | | • Bankruptcy or Receivership | |
| " | Item 3. Bankruptcy or Receivership | | • Financial Statements and Exhibits | |
| " | Item 5. Other Events | | • Not Applicable | |
| " | Item 7. Financial Statements and Exhibits | | • Other Events | |